UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

STEELE RANCH, INC., et al,

    Plaintiffs,

v.                                             Civ. No. 18-674 GJF/GBW

STATE OF NEW MEXICO ex rel.
STATE LAND OFFICE, et al.,

    Defendants.

## STIPULATED ORDER DISMISSING FEDERAL CLAIMS, GRANTING PLAINTIFFS LEAVE TO AMEND, AND REMANDING CASE TO STATE COURT

THIS MATTER is before the Court on the parties' Joint Motion [ECF No. 10]. The Court FINDS:

1) Plaintiffs were granted leave to file their Third Amended Petition *nunc pro tunc* by Order of this Court on August 17, 2018;

2) Defendants were ordered to file an Answer to Plaintiffs' Third Amended Petition by August 27, 2018;

3) Defendants filed their Answer to the Third Amended Petition on August 27, 2018, as ordered by this Court;

4) A status conference was held on August 27, 2018, and the Court directed Plaintiffs to submit a Modified Order of Remand approved by Defendants.

**IT IS THEREFORE ORDERED** that any federal claims, defenses, and/or federal questions set forth in Counts 2 and 3 of the Second Amended Petition [ECF No. 1, attach. 2] are hereby dismissed, with Plaintiffs reserving their rights to assert any claims that might exist under the New Mexico Law, Authorities and Constitution.

**IT IS FURTHER ORDERED** that Plaintiffs shall not file in the future any of the claims for federal relief as defined in Plaintiffs' Second Amended Petition for Declaratory Relief.

**IT IS FURTHER ORDERED** that the above-captioned matter is hereby **REMANDED** to the Tenth Judicial District Court, County of De Baca, New Mexico, for continued litigation and trial. The Clerk is directed to mail a certified copy of this Order of Remand for lack of subject matter jurisdiction, 28 U.S.C § 1447(c), to the clerk of the New Mexico Tenth Judicial District.

**IT IS FURTHER ORDERED** that all parties are to bear their own costs and fees.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

SUBMITTED AND APPROVED BY:

**/s/: Kenneth C. Downes**
Kenneth C. Downes, P.C.
3949 Corrales Road, Suite 230
Corrales, NM 87048
505-243-0816
downeslaw@gmail.com
Counsel for Plaintiffs

/s/: __*Mark Komer – approved by email 8/31/18*
Mark Komer
Long, Komer & Assoc., P.A.
PO Box 5098
Santa Fe, NM 87502
505-9828405
mark@longkomer.com
Counsel for Defendants

2